# UNITED STATES DISTRICT COURT
for the

Richard L. Jefferson Jr.
_____
Plaintiff(s)

v.

AV Automotive LLc dba BMW of Alexandria
_____
Defendant(s)

Civil Action No. PX 24CV1743

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BMW of Alexandria
499 S. Pickett St.
Alexandria, VA 22304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard L. Jefferson Jr.
2010 Spring Grove Dr.
Accokeek MD 20607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6.14.2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Richard L. Jefferson Jr.
*Plaintiff(s)*

v.

Civil Action No. PX 24CV1743

BMW Financial Services N.A. LLC
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BMW Financial Services N.A. LLC
300 Chestnut Ridge Rd.
Woodcliff Lake, NJ 07677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard L. Jefferson Jr.
2010 Spring Grove Dr.
Accokeek, MD 20607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-14-2024

*Signature of Clerk or Deputy Clerk*